**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00635-JHM**

**JORDAN WILLIAMS**                                                                                     **PETITIONER**

**VS.**

**IVAN KROW,** *Warden*                                                                                **RESPONDENT**

**ORDER**

The above matter having been referred to the United States Magistrate Judge, who has filed her Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus (DN 1), is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED** as to all grounds in the Petition.

*[Signature]*
Joseph H. McKinley Jr., Senior Judge
United States District Court

September 11, 2025

Copies:   Jordan Williams, *pro se*
          Counsel of Record